## In Re Adoption of Muriel Frappier.

JANUARY 8, 1940.

Present: Flynn, C. J., Moss, Capotosto, Baker and Condon, JJ.

Per Curiam. The filing of opinion on January 8, 1940, containing decisions overruling the exceptions of appellee Leona Frappier, relating to cases entitled Muriel Frappier, p.a. *v.* Leona Frappier, Ex. &c. No. 8200, and Eugene Daigle

et al *v*. Leona Frappier, Ex &c. No. 8201 renders unnecessary further proceedings in the above entitled petition. The restraining order entered on the 26th day of May, 1939, is vacated and the writ of *certiorari* is quashed.